UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERIC HEERMAN, TRUSTEE OF THE ERIE S. HEERMAN TRUST, Plaintiff, -v- FEDERATED MUTUAL INSURANCE COMPANY, Defendant. | No. 1:19-cv-49 Honorable Paul L. Maloney |

## JUDGMENT

The Court granted Plaintiff Eric Heerman's motion to remand. The Court lacks subject-matter jurisdiction over the lawsuit because the parties are not diverse. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS MATTER IS TERMINATED.**

**IT IS SO ORDERED.**

Date: May 10, 2019         /s/ Paul L. Maloney
                           Paul L. Maloney
                           United States District Judge